IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Amirhassan Niktorehmofrad, | |
| Plaintiff, | |
| v. | No. |
| MARCO RUBIO, as Secretary of the U.S. Department of State; JOHN ARMSTRONG, as Senior Bureau Official for the Bureau of Consular Affairs, U.S. Department of State; ERIC GAUDIOSI, as Chargé d'Affaires of the U.S. Embassy in Abu Dhabi, United Arab Emirates; JOSEPH EDLOW, as Director of U.S. Citizenship and Immigration Services, and KRISTI NOEM, as Secretary of the U.S. Department of Homeland Security, | |
| Defendants. | |

## COMPLAINT FOR INJUNCTIVE, MANDAMUS, AND DECLARATORY RELIEF

Plaintiff, Amirhassan Niktorehmofrad ("Mr. Niktorehmofrad") by and through his attorneys, Kempster, Corcoran, Quiceno & Lenz-Calvo, Ltd., for his complaint for Injunctive, Mandamus, and Declaratory Relief against Defendants, MARCO RUBIO, in his official capacity as Secretary of the U.S. Department of State; JOHN ARMSTRONG, in his official capacity as Senior Bureau Official for the Bureau of Consular Affairs, U.S. Department of State; ERIC GAUDIOSI, in his official capacity as Chargé d'Affaires of the U.S. Embassy in Abu Dhabi, United Arab Emirates; JOSEPH EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services; and KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, alleges as follows:

### Nature of the Case and Parties

1

1.      This is a civil action to compel the U.S. Citizenship and Immigration Services ("USCIS" or the "Service") to adjudicate Plaintiff's DS-260 Immigrant Visa Application (the "Application") that was received by USCIS on April 16, 2021.

2.      Plaintiff Amirhassan Niktorehmofrad is a citizen of Iran.

3.      Defendants are MARCO RUBIO, in his official capacity as Secretary of the U.S. Department of State; JOHN ARMSTRONG, in his official capacity as Senior Bureau Official for the Bureau of Consular Affairs, U.S. Department of State; ERIC GAUDIOSI, in his official capacity as Chargé d'Affaires of the U.S. Embassy in Abu Dhabi, United Arab Emirates; JOSEPH EDLOW, in his official capacity as Director of U.S. Citizenship and  Immigration Services; and KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security, or their Successors in Office.

**<u>Jurisdiction and Venue</u>**

4.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and § 1346(a)(2) in that the matter in controversy arises under the Constitution and laws of the United States, and the United States is a Defendant. This Court also has jurisdiction over the present action pursuant to 28 U.S.C. § 2201, the Declaratory Judgment Act; 5 U.S.C. § 701 et seq., the Administrative Procedures Act; and 28 U.S.C. § 1361, regarding an action to compel an officer of the United States to perform his or her duty.

5.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(e) because a substantial part of the events and omissions giving rise to this action occurred within this District. Plaintiff's Petitioner, his U.S. citizen son, resides in this District, and the petition underlying this case was adjudicated and forwarded for consular processing by U.S.

government agencies that maintain offices and perform duties within this District. Accordingly, venue is proper in the Northern District of Illinois.

## **Statement of the Case**

6.    May 29, 2020, Mr. Nasim Alexander filed Form I-130, Petition for Alien Relative on behalf of his father, Mr. Amirhassan Niktorehmofrad (IOE0909075858) with USCIS. ***See* Exhibit A.**

7.    On April 16, 2021 his case was approved and sent to the Department of State; on October 22, 2021 Mr. Niktorehmofrad was documentarily qualified by the National Visa Center ("NVC") and passed to the U.S. Consulate / Embassy for an interview scheduling. ***See* Exhibit B.**

8.    Mr. Niktorehmofrad was scheduled for, and attended, his interview in Abu Dhabi, United Arab Emirates, on August 16, 2023.

9.    At his visa interview on August 16, 2023, Mr. Niktorehmofrad's application was put under administrative review pursuant to Section 221(g) of the Immigration and Nationality Act and he received a DS-5535, Supplemental Questions for Visa Applicants asking for an updated passport and a copy of his military service or exemption card. ***See* Exhibit C.**

10.   Mr. Niktorehmofrad gave a timely response to the DS-5535 notice and provided a copy of his military history and an updated passport on August 30, 2023. ***See* Exhibit D.**

11.   To date, no decision has been made regarding Mr. Niktorehmofrad's application since August 16, 2023.

12.     On February 28, 2024, after waiting six months, Attorney for Plaintiff reached out to the embassy in Abu Dhabi requesting an update on Mr. Niktorehmofrad's application as there had been no update in the case portal. In response, Attorney for Plaintiff was told the case was still pending on February 29, 2024 without any additional context or explanation for the delay. *See* **Exhibit E.**

13.     On December 15, 2024, the Abu Dhabi Embassy confirmed via email that the case was still in "administrative process" and there were no additional documents needed from Mr. Niktorehmofrad. *See* **Exhibit F.**

14.     On December 20, 2024, Attorney for Plaintiff reached out a second time to the Abu Dhabi embassy and included the U.S Visa and Consular Services asking for an update and noting the DS-260 Visa application was re-opened, but Plaintiff had received no updates. *See* **Exhibit G.**

15.     On December 23, 2024, the U.S. Visa and Consular Services replied that the case had been escalated. *See* **Exhibit G.**

16.     On January 22, 2025, Attorney for Plaintiff reached out a third time to the Abu Dhabi embassy asking for an update and noting the DS-260 Visa application was re-opened, but Plaintiff had received no updates. *See* **Exhibit H.**

17.     No response was received from the Abu Dhabi Embassy or the U.S. Visa and Consular Services.

18.     On April 8, 2025, after the visa application had sat for over nineteen months in administrative review, Attorney for Plaintiff, sent a fourth inquiry to the Embassy in Abu Dhabi asking for a case status update. *See* **Exhibit I.**

19.     On April 9, 2025, the Embassy only confirmed the case was still under administrative review and offered no substantive update. *See* **Exhibit I.**

20.     Despite receiving Plaintiff's Application on October 22, 2021, Defendants have failed to adjudicate the Application.

21.     Plaintiffs have made numerous status inquiries to USCIS over the past four years but have yet to receive a substantive response.

22.     Even if the cause of delay is related to additional security or background checks arising from Plaintiff's prior military service, there is no provision in the Immigration and Nationality Act ("INA") or in Defendants' implementing regulations that authorizes indefinite delay while ancillary security checks are pending. Where an applicant has satisfied all statutory requirements, the agency has a nondiscretionary duty to act on the application within a reasonable time. Defendants may not rely on vague or open-ended "security review" processes as a pretext for inaction and its failure to do so constitutes agency action unlawfully withheld or unreasonably delayed under 5 U.S.C. § 706(1).

23.     Defendants' failure and refusal to adjudicate the Application within a reasonable time has caused Plaintiff hardship.

24.     As the above information shows, Plaintiff has filed inquiries and maintained correspondence with the Service to adjudicate the Application under the statute. Plaintiff's Application has been unreasonably delayed and should be approved. Plaintiff has exhausted all his administrative remedies and there are no further administrative acts the Plaintiff can take to obtain the benefit to which he is entitled.

**<u>Claim for Relief</u>**

5

25. Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. § 701 et seq., are unlawfully withholding or unreasonably delaying action on Plaintiff's Applications and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

26. Defendants willfully and unreasonably have delayed and have refused to adjudicate Plaintiff's Application, thereby, depriving Plaintiff of his rights under 5 U.S.C. § 555(b) and § 706(l) to the adjudication of his application in a reasonable time.

27. Defendants owe Plaintiff the duty to act on their application within a reasonable time and have unreasonably failed to perform that duty.

28. Plaintiff has made numerous status inquiries in an attempt to secure adjudication of his application.

29. Plaintiff has exhausted any administrative remedies that may exist and has not caused or contributed to the Service's delay in adjudicating the Application.

## **Prayer for Relief**

**WHEREFORE** Plaintiffs prays that this Court:

A. Accept jurisdiction and maintain continuing jurisdiction of this Action;

B. Compel Defendants Department of State to adjudicate Plaintiff's Application within thirty (30) days from the filing of this Complaint;

C. Award reasonable costs and attorney's fees pursuant to the Equal Access to Justice Act; and

D. Grant such other and further relief as this Court deems proper under the circumstances.

6

Dated:   October 8, 2025    Respectfully Submitted by:

           /s/ William Quiceno

          Kempster, Corcoran, Quiceno &
          Lenz- Calvo, Ltd.
          332 S. Michigan Avenue, Suite 1428
          Chicago, IL  60604
          (312) 341-9730
          Atty. Code: 6309405

# EXHIBIT A

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
| --- |

| NOTICE TYPE | | NOTICE DATE |
| --- | --- | --- |
| Receipt | | June 05, 2020 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-130, Petition for Alien Relative | | A200788474 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| IOE0909075858 | May 29, 2020 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| May 29, 2020 | 201 B INA PARENT OF USC | May 29, 1982 |

NASIM ALEXANDER
C/O AMINA NAJIB KEMPSTER CORCORAN QUICENO AND
332 S MICHIGAN AVE STE 1428
CHICAGO, IL 60604

3 00001120

**PAYMENT INFORMATION:**

| | |
| --- | --- |
| Application/Petition Fee: | $535.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

```
Name                        Date of Birth    Country of Birth   Class {If Applicable}
NIKTOREHMOFRAD, AMIRHASSAN   12/22/1949       IRAN
```

Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

Potomac Service Center
U.S. Citizenship and Immigration Services
2200 Potomac Center Drive Stop 2425
Arlington, VA 20598-2425

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.      Form I-797C  04/01/19

# EXHIBIT B

| | |
|---|---|
| **From:** | William Quiceno |
| **To:** | Gabriela Granados; Jennifer Rubio |
| **Subject:** | FW: Notice regarding your Immigrant Visa Case becoming Documentarily Qualified |
| **Date:** | Friday, October 22, 2021 5:01:12 AM |
| **Attachments:** | image001.png |

39275

William A. Quiceno, Esq.

332 S. Michigan Avenue, Suite 1428, Chicago, Illinois 60604

Tel: (312) 341-9730, Ext. 134 |Fax (312) 341-0399

williamq@klc-ltd.com | www.klc-ltd.com



This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential and legally privileged. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message is strictly prohibited. If you are not the intended recipient, please delete the message and any attachments, destroy any printouts that you may have made, and notify us immediately by return e-mail. Thank you.
_____
In accordance with U.S. Treasury regulations, if this message contains advice concerning one or more Federal tax issues, it is not a formal legal opinion and may not be used by any person for the avoidance of Federal tax penalties.

**From:** National_Visa_Center@state.gov <National_Visa_Center@state.gov>
**Sent:** Thursday, October 21, 2021 9:19 PM
**To:** AMIRNIKTOREH@YAHOO.COM; NASIMALEXANDER@GMAIL.COM; William Quiceno <williamq@klc-ltd.com>
**Subject:** Notice regarding your Immigrant Visa Case becoming Documentarily Qualified


Dear Amirhassan Niktorehmofrad,

The National Visa Center (NVC) received all of the fees, forms, and documents that are required prior to attending an immigrant visa interview at a U.S. Embassy/Consulate General overseas.

NVC will work with the U.S. Embassy/Consulate General in ABU DHABI, UAE to schedule an interview appointment for you. Once we have confirmed an interview date, we will send a notice to you, your petitioner and attorney (if applicable).

*Please do NOT make any travel arrangements, sell property, or give up employment until you have received an immigrant visa from the U.S. Embassy/Consulate General.*

The U.S. Embassy/Consulate General may require additional documentation at the time of the interview. Please visit https://nvc.state.gov/prep for information about immigrant visa interviews.

Regards,
National Visa Center,
U.S. Department of State
https://nvc.state.gov/ask

 Case ID:    ABD2021609032
 Invoice ID: IVSCA00002007010

**NOTE: Please do not reply to this email. This is not a monitored account. If you have questions or need to get in touch with NVC, please follow the instructions at https://nvc.state.gov/ask to call or email us.**

# EXHIBIT C

## EMBASSY OF THE UNITED STATES OF AMERICA, ABU DHABI, UAE

Your visa application is refused under section 221(g) of the U.S. Immigration and Nationality Act for the reasons stated below.
However, this refusal may be overcome once the missing documentation is submitted and/or administrative processing is completed.

مبنی بر قانون 221(g) مهاجرت و شهروندی آمریکا و به دلایل زیر، درخواست ویزای شما پذیرفته نشده است، بمحض اینکه مدارکان را تکمیل کنید و یا مراحل اداری به پایان برسد شما واجد شرایط اخذ ویزای مهاجرتی خواهید بود.

DATE __16-AUG-2023__ (تاریخ)    NAME __ABD 2021 6090 32__ (نام)

VISA CATEGORY __IR5__ (نوع ویزا)    CASE NUMBER __ABD 2024 6090 3J__ (شماره پرونده)

You may go to https://ais.usvisa-info.com/en-ae/iv and follow the instructions for "*Consular Section Instructed Me to Send More Documents*" to return your documents/passport to the Consular Section for further processing.

برای ارسال مدارک/پاسپورت/معاینه پزشکی برای بررسی مجدد لطفاً با سایت انترنتی https://ais.usvisa-info.com/fa-ae/iv مراجعه نموده و گزینه "بخش کنسولی از من خواست مدارک بیشتری را ارسال کنم"را انتخاب کنید.

If you have a Modernized Immigrant Visa (MIV) please scan and upload the pending document(s) into your CEAC online account. Please see the back of this paper for more information.

بخش کنسولگری فوتوکپی یا ترجمه اسناد را قبول نمی کند. لطفا مدارک را در CEAC اسکن و آپلود کنید، لطفا برای اطلاعات بیشتر به پشت صفحه مراجعه شود.

| | | |
|---|---|---|
| **Administrative Processing**<br>This process can sometimes take several months. You will be contacted once the processing is completed. | ☒   *DS-5535* | مراحل اداری<br>این روند ممکن است چند ماه طول بکشد، پس اتمام مراحل با شما تماس خواهیم گرفت |

Please provide the following documents:    لطفا مدارک پایین را تهیه نمائید:

| Document | | Farsi |
|---|---|---|
| Passport | ☒ *Upload new passports* | عکس (دو عکس تمام رخ، زمینه سفید، ۲سانت × ۲سانت و بدون عینک) |
| Photographs (2 full-face photos, 2"x 2", white background, with no glasses) | ☐ | |
| Medical Examination: Please do not send the X-ray. The validity of the visa is limited to the validity of the medical exam which will not exceed six months. | ☐ | معاینه پزشکی: لطفاً عکس رادیولوژی را نفرستید. مدت انقضای اعتبار ویزا وابسته به تاریخ معاینات و آزمایش‌های پزشکی است و بیش از شش ماه نخواهد بود. |
| Birth Certificate/National Identification Card +copy/translation | ☐ | شناسنامه/ کارت ملی + کپی + ترجمه |
| Marriage Certificates + copy/translation | ☐ | سند/اسناد ازدواج + کپی + ترجمه |
| Divorce Decree or Death Certificate + copy/translation | ☐ | سند طلاق یا با گواهی فوت + کپی + ترجمه |
| Diploma: High School/Pre-University/University + copy/translation | ☐ | مدرک دیپلم/ مدرک پیش دانشگاهی/ لیسانس + کپی + ترجمه |
| Military Service or Exemption Card, original + copy/translation | ☒ *Upload* | کارت پایان خدمت یا معافیت اصل/کپی + ترجمه |
| Police Certificate + copy/translation from: _____ | ☐ | گواهی عدم سوء پیشینه + کپی + ترجمه از : _____ |
| Affidavit of Support (Form I-864)<br>Include copy of the petitioner's and/or joint sponsor's U.S. passport or green card and an IRS Tax Transcript for the year _____ | ☐ | ضمانت مالی (فرم I-864)<br>از ضامن و یا ضامن دوم. کپی گذرنامه/گرین کارت، برگه دوم رونوشت مالیات سال: _____ |
| Contract between Sponsor and Household Member (Form I-864A) | ☐ | قرارداد بین ضامن و عضو خانواده (فرم I-864A) |
| Affidavit of Support (Form I-134)<br>Include copy of the petitioner's and/or joint sponsor's U.S. passport or green card and an IRS Tax Transcript for the year _____ | ☐ | ضمانت مالی (فرم I-134)<br>از ضامن و یا ضامن دوم. کپی گذرنامه/گرین کارت، برگه های رونوشت مالیات سال: _____ |
| Proof of the Petitioner's U.S. domicile | ☐ | اثبات سکونت در آمریکا از شخص درخواست کننده |
| CV/Resume | ☐ | رزومه |
| Proof of Petitioner's LPR Status<br>Airline ticket indicating the last departure from the U.S., copy of his/her passport, and copy of his/her Green Card. | ☐ | مدرکی در رابطه با اجازه اقامت قانونی و دائمی درخواست کننده<br>بلیط هواپیما که نشان دهنده تاریخ آخرین خروج شخص درخواست کننده از آمریکا باشد، فتوکپی پاسپورت، و فتوکپی کارت سبز شخص درخواست کننده. |
| Proof of relationship between you and your fiancé or spouse<br>For example: chat records, photos, emails, phone records | ☐ | مدارک نشان دهنده ارتباط بین شما و نامزد یا همسرتان<br>مثل: سوابق چت، عکس، پست الکترونیکی، سوابق تلفن |
| Other: | ☐ | دیگر: |

**ATTENTION TO DIVERSITY VISA APPLICANTS:** Under no circumstances can a visa be issued or adjustments of status occur in your case after September 30th.

قابل توجه برندگان ویزای قرعه کشی: بهیچ وجه نمیتوان ویزای شما را بعد از تاریخ 30 سپتامبر صادر نمود

ABUDHABIIV@STATE.GOV

**Modernized Immigrant Visa (MIV)**

If you have a Modernized Immigrant Visa (MIV), please scan and upload the pending document(s) and translations into your CEAC online account. You can find the detailed instructions at https://travel.state.gov/content/travel/en/us-visas/immigrate/the-immigrant-visa-process/step-8-scan-collected-documents/step-9-upload-and-submit-scanned-documents.html After uploading the documents please inform the Consular Section via email (AbuDhabiIV@state.gov) that you have completed the process. Please include your case number in subject line.

**ویزای مهاجرتی مدرن (MIV)**

بخش کنسولگری فوتوکپی با ترجمه اسناد را قبول نمی کند. لطفاً مدارک را در CEAC اسکن و آپلود کنید. شما میتوانید دستور العمل های دقیق را در سایت زیر پیدا کنید:

https://travel.state.gov/content/travel/en/us-visas/immigrate/the-immigrant-visa-process/step-8-scan-collected-documents/step-9-upload-and-submit-scanned-documents.html پس از آپلود اسناد لطفا بخش کنسولگری را از طریق ایمیل (AbuDhabiIV@state.gov) مطلع فرمائید و همچنین شماره پرونده خود را در عنوان ایمیل (subject line) وارد کنید.

---

**IRS Tax Transcripts**

Tax transcripts must be issued by the IRS. You may request a tax transcript from https://www.irs.gov/individuals/get-transcript.

**رونوشت مالیات**

رونوشت های مالیاتی باید توسط IRS صادر شود. شما ممکن است رونوشت مالیاتی را از سایت زیر دریافت کنید.

https://www.irs.gov/individuals/get-transcript

---

**Proof of the Petitioner's U.S. domicile**

Domicile is a complex concept and every case is different. Your petitioner – spouse, child, parent - must have a principal residence in the United States to qualify as a sponsor.

If the petitioner has not maintained domicile in the United States they need to reestablish domicile. Some examples of establishing domicile include:

- Finding employment in the United States
- Securing a residence in the United States
- Registering children in U.S. schools
- Relinquishing residence abroad
- Other evidence of a U.S. residence

Your petitioner must return to the United States to live before you may enter the United States. You must enter the United States with or after the petitioner.

**اثبات سکونت در آمریکا از شخص درخواست کننده**

اثبات محل سکونت یک مفهوم پیچیده است و هر پرونده متفاوت است. متقاضی شما - همسر، فرزند، والدین - باید در ایالات متحده یک محل اقامت اصلی داشته باشد تا بتواند بعنوان سپانسر واجد شرایط شود.

اگر متقاضی کننده اقامت خود را در ایالات متحده حفظ نکرده است، باید مجددا محل اقامت خود را تأسیس کند. برخی از نمونه هایی از تأسیس محل اقامت عبارتند از:

- یافتن شغل در ایالات متحده
- تأمین محل اقامت در ایالات متحده
- ثبت نام کودکان در مدارس ایالات متحده
- رها کردن اقامت در خارج از کشور
- مدارک دیگری از یک محل اقامت در ایالات متحده

شخصی که برای شما اقدام کرده، باید به ایالات متحده بازگردد و آنجا اقامت کند تا شما بتوانید وارد ایالات متحده شوید، شما باید بعد از اقدام کننده و یا بهمراه ایشان وارد آمریکا شوید.

---

You should never pay for travel arrangements (i.e. airfare, hotels) without having a visa in your possession. The U.S. Embassy accepts no responsibility if you do so.

شما بهیچوجه نباید بدون در اختیار داشتن ویزا هزینه مسافرتی (مثل بلیط هواپیمایی و یا رزرو هتل) پرداخت کنید. سفارت آمریکا هیچگونه مسئولیتی در قبال خسارت شما متحمل نخواهد شد.

---

# EXHIBIT D



امضاء دارنده گذرنامه
Holder's Signature

3

Country of Residence :
ISLAMIC REPUBLIC OF IRAN
Place of Issue :
IMMIGRATION AND PASSPORT
POLICE

کشور محل اقامت:
جمهوری اسلامی ایران
محل صدور :
پلیس مهاجرت وگذرنامه
مدرک صدور گذرنامه : ۱۸۷۵۰۱۰۴

K4HH6XZG5K4M0-027MY2JWMFOSA

شماره کلاسه :

Name & Position of Issuing Authority :
BRIGADIER GENERAL ALI ZOLGHADRI
IMMIGRATION AND PASSPORT POLICE CHIEF

نام و سمت صادركننده : :
سرتیپ دوم علی ذوالقدری رئیس پلیس مهاجرت وگذرنامه

جمهوری اسلامی ایران
ISLAMIC REPUBLIC OF IRAN
PASSPORT

۵۵۵۳۷۰۷۸

Type: P    Country code: IRN    Passport No : R55537078

شماره ملی : ۰۰۲ - ۲۸۰۱۳۵ - ۱

Surname : NIKTOREHMOFRAD

نام خانوادگی : نیک طره مفرد

Name : AMIRHASSAN

نام : امیرحسن

Father's Name : TAGHI

نام پدر : تقی

Date & Place of Birth: 22/12/1949 - TEHRAN

تاریخ و محل تولد : تهران – ۱۳۲۸/۱۰/۰۱

شماره شناسنامه : ۱۹۲۰

Sex :M

جنسیت :مرد

Date of Issue : 01/01/2022

تاریخ صدور: ۱۴۰۰/۱۰/۱۱

Date of Expiry : 01/01/2027

تاریخ انقضاء: ۱۴۰۵/۱۰/۱۱

P<IRNNIKTOREHMOFRAD<<AMIRHASSAN<<<<<<<<<<<<
R555370789IRN4912228M2701013<<<<<<<<<<<<<<04



شماره ٨٦٤٩٦٤

ردیف دفتر ثبت

رهارداد راد

Official English Translator to the Judiciary

License No. 378

Zahra Ravadrad

To verify the authenticity of the translation, please scan the QR Code



Emblem of Former Government of Iran

State Gendarmerie

Department of General Conscription

**Exemption Card from Military Service**

(Medical Exemption)

(Bachelor's Degree)

Photo of holder affixed and sealed

File Classification: 11712/1328
General Conscription of Tehran – Central
Date of issue: September 09, 1972

**Mr. Amirhassan NIKTOREH MOFRAD**, son of Taghi, holder of ID card No. 1920,

born in 1949, issued in Tehran, holder of Bachelor's degree in the field of Accounting is

exempted from Military Service according to Note 7 of Article 11 of General

Conscription Law.

Remarks:

Signed and sealed: Colonel Mohammadebrahim SADEGHI

Commander of General Conscription of Tehran

True translation is certified.                    Tehran, July 03, 2023

Bmh(km-nik)

نام صاحب سند: امیرحسن نیک طره مفرد – هزینه ترجمه و خدمات دفتری: 862500 ریال بابت ترجمه کارت معافیت

آدرس: تجریش، اول خیابان ولی عصر، ساختمان لیستر، طبقه سوم
Address: No. 3110, Valie Asr St., Tajrish, Tehran, Iran
Email: bamdadtranslation@gmail.com    Mobile:(+98) 9197546459    Tel:(+98) 021 22703024--22737748

كارة مدارك شهودرى كه فرد خفا فان الحراصى

كارة مدارك نسره در مورد ۵ سرت تمك كارة سفر شماره شناسنامه ۱۹۲۰ مى مى شود

**COPY CORRESPPONDS
TO THE ORIGINAL**

حوزه وظیفه عمومی مركز .....۱۱۲...

گروهان ژاندارمری .............

کلاسه پرونده ......۱۱۷۱۲...
........۱۴۲۸

تاریخ صدور ۱۸ .... ۶ . ... ۶۱ .....



**ژاندارمری كل كشور**

در تاریخ ........ اداره وظیفه عمومی
**کارت معافیت پزشکی**
( ویژه مشمولان فارغ‌التحصیل لیسانسیه و بالاتر )

اسم ....... شهرت .......... نام پدر ........ شماره شناسنامه ۹.۱۸۸۷ محل صدور شناسنامه ...تهران...

تاریخ تولد ...۱۳۲۸... میزان تحصیل لیسانس رشته تحصیلی ........ طبق بند ...۷...

ماده ...۱۱... قانون خدمت وظیفه عمومی از انجام خدمت زیر پرچم معاف میگردم.

رئیس حوزه وظیفه عمومی مركز ........
فرمانده گروهان ژاندارمری

درجه ............. نام .............

درجه ............. نام .............. شهرت .......

فرم ۰.۲۷۶ ـ ژ ـ ۵ ـ ی ـ د

شماره پرونده ۲۷۸





حوزه وظیفه عمومی ..مرکز...تهران..
گروهان ژاندارمری ..................
کلاسه پرونده ..... ۱۱۷۱۲
۱۳۲۸
تاریخ صدور .۱۸..۶..۵۱

ژاندارمری کل کشور
اداره وظیفه عمومی
کارت معافیت پزشکی
( ویژه مشمولان فارغ التحصیل ( لیسانسیه و بالاتر )

اسم ..انوشیروان شهیدی بیگی... طرف.دشمزید.کنی... شماره شناسنامه ۹..۸۷۹ محل صدور شناسنامه ...تهران...

تاریخ تولد...۱۳۲۸... میزان تحصیل لیسانس.... رشته تحصیلی مجسمه.سازی... طبق بند ... ۷

ماده ...۱۱... قانون خدمت وظیفه عمومی از انجام خدمت زیر پرچم معاف میگردد.

رئیس حوزه وظیفه عمومی مرکز.تهران
فرمانده گروهان ژاندارمری          درجه سرهنگ نام محمد.ابراهیمی... حوزه صدیقی

رئیس سازمان وظیفه عمومی
فرمانده

فرم ۲۷۶ ـ ژ ـ د ـ ی ـ د

# EXHIBIT E

| **From:** | Abu Dhabi, IV |
| **To:** | Grace Luptak |
| **Subject:** | RE: ABD2021609032 - NIKTOREHMOFRAD, Amirhassan |
| **Date:** | Thursday, February 29, 2024 4:29:57 AM |
| **Attachments:** | image001.png |

Dear Applicant,

All the pending cases status shown as refuse as this is system generated message. Once the case is ready for further processing this online status will change automatically.

Thanks,

**From:** Grace Luptak <gracel@klc-ltd.com>
**Sent:** Thursday, February 29, 2024 1:57 AM
**To:** Abu Dhabi, IV <AbuDhabiIV@state.gov>
**Subject:** ABD2021609032 - NIKTOREHMOFRAD, Amirhassan

| Interview Date/Time: | August 16, 2023 at 7:45AM |
| Interview Location: | Abu Dhabi |
| NVC Case Number: | ABD2021609032 |
| Invoice ID: | IVSCA00002007010 |
| Principal Applicant: | NIKTOREHMOFRAD, Amirhassan |
| Preference Category: | IR5 |

Dear Sir or Madam:

Please note that I am the legal assistant to Attorney William A. Quiceno, who has been retained to represent the above beneficiary in his immigrant visa petition.  Please also note that our office currently has a G-28 on file for this client.

On August 30, 2023, our client submitted the requested DS-5535. As it has now been six months and his visa is still presenting as "refused," we are respectfully requesting an update on the status of the case.

Please do not hesitate to contact our office should you require anything further.

Regards,

**Grace Luptak – Legal Assistant**
332 S. Michigan Avenue, Suite 1428, Chicago, Illinois 60604
Tel: (312) 341-9730 Ext. 105 ¦ Fax (312) 341-0399
gracel@klc-ltd.com ¦ www.klc-ltd.com



This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential and legally privileged.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message is strictly prohibited.  If you are not the intended recipient, please delete the message and any attachments, destroy any printouts that you may have made, and notify us immediately by return e-mail.  Thank you.

_____
In accordance with U.S. Treasury regulations, if this message contains advice concerning one or more Federal tax issues, it is not a formal legal opinion and may not be used by any person for the avoidance of Federal tax penalties.

# EXHIBIT F

**From:** "Abu Dhabi, IV" <AbuDhabiIV@state.gov>
**Date:** December 15, 2024 at 11:28:16 PM CST
**To:** Nasim Alexander <nasimalexander@gmail.com>
**Subject: RE: U22 - STATUS - AMIRHASSAN NIKTOREHMOFRAD**

Dear Applicant/Petitioner,

Unfortunately, case is still in administrative process, and we realize that these extended time periods cause frustration to many individuals, and we are sensitive to the fact that the purpose of the immigrant visa program is to reunite families. Nonetheless, the U.S. Embassy Abu Dhabi, like all U.S. Embassies and Consulates, must adjudicate visas in accordance with the provisions of the law, and, in some cases, this involves extensive administrative processing.

No additional documents are needed at this time.

Thanks,

U. S. Embassy
Abu Dhabi

# EXHIBIT G

 **Outlook**

---

## [U.S Visa and Consular Services] Re: ABD2021609032 - Case Status Update - NIKTOREHMOFRAD, Amirhassan

---

**From**   U.S Visa and Consular Services <contactus_en_ae@gssvisa.zendesk.com>

**Date**   Mon 12/23/2024 8:26 AM

**To**      Gisel Espinoza Reyes <gisele@klc-ltd.com>

# Please type your reply above this line #

Your request (#416020) has been updated. Reply to this email or follow the link below:
http://

---

### The Contact Desk Support Team (U.S Visa and Consular Services)

Dec 23, 2024, 9:25 AM EST

Dear Applicant,

We apologize for any inconvenience. Thank you for providing your information. We have escalated this case to the appropriate department. This case will be investigated and you will be notified after the issue is resolved.

Thank you for your patience,

The Contact Center

---

### Gisel Espinoza Reyes

Dec 20, 2024, 4:25 PM EST

IV interview information:

Interview Date/Time:

August 16, 2023 at 7:45 AM

Interview Location:

Abu Dhabi

United Arab Emirates

NVC Case Number:

ABD2021609032

Invoice ID:

Principal Applicant:

IVSCA00002007010

NIKTOREHMOFRAD, Amirhassan

Preference Category:

IR5- Parent of US Citizen

A #:

0688155626

Passport Number: N41049874

Dear Sir or Madam:

Please note that I am the legal assistant to Attorney William Quiceno, our office continues to represent the applicant in his immigrant visa process. Please refer to my previously filed G-28r. Our office wants to know the most currently status of the case , we have noticed that the Form Ds-260 was re-opened in the system, but we haven't received any procedure instructions.

Can you please provide us with the most recent case status and how to proceed with father action?

Please do not hesitate to contact our office if you have any questions,

Regards,

Gisel Espinoza Reyes – Assistant Supervisor – Consular Processing

Kempster, Corcoran, Quiceno & Lenz-Calvo, Ltd.

332 S. Michigan Avenue, Suite 1428, Chicago, Illinois 60604

Tel: (312) 341-9730 Ext. 172 ¦Fax (312) 341-0399

gisele@klc-ltd.com ¦ [http://www.klc-ltd.com<http://www.klc-ltd.com/]www.klc-ltd.com<http://www.klc-ltd.com/>

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential and legally privileged. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message is strictly prohibited. If you are not the intended recipient, please delete the message and any attachments, destroy any printouts that you may have made, and notify us immediately by return e-mail. Thank you.

_____

In accordance with U.S. Treasury regulations, if this message contains advice concerning one or more Federal tax issues, it is not a formal legal opinion and may not be used by any person for the avoidance of Federal tax penalties.

This email is a service from U.S Visa and Consular Services. Delivered by Zendesk.

# EXHIBIT H

 Outlook

---

ABD2021609032 - NIKTOREHMOFRAD, Amirhassan - Case Status

---

**From** Gisel Espinoza Reyes <gisele@klc-ltd.com>
**Date** Wed 1/22/2025 9:12 AM
**To** Abu Dhabi, IV <AbuDhabiIV@state.gov>
**Cc** William Quiceno <williamq@klc-ltd.com>

IV interview information:

Interview Date/Time: **August 16, 2023, at 7:45 AM**
Interview Location: **Abu Dhabi United Arab Emirates**
NVC Case Number: **ABD2021609032**
Invoice ID: **IVSCA00002007010**
Principal Applicant: **NIKTOREHMOFRAD, Amirhassan**
Preference Category: IR5- Parent of US Citizen
A #: **0688155626**
Passport Number: **N41049874**

Dear Sir or Madam:

Please note that I am the legal assistant to Attorney William Quiceno, our office continues to represent the applicant in his immigrant visa process. Please refer to my previously filed G-28r. We are kindly asking for the most currently status of the case , we have noticed that the Form Ds-260 was re-opened in the system, but we haven't received any procedure instructions.
Can you please provide us with an update?

Please do not hesitate to contact our office if you have any questions.

 Regards,

**Gisel Espinoza Reyes – Assistant Supervisor – Consular Processing**
**Kempster, Corcoran, Quiceno & Lenz-Calvo, Ltd.**
332 S. Michigan Avenue, Suite 1428, Chicago, Illinois 60604
Tel: (312) 341-9730 Ext. 172 ¦ Fax (312) 341-0399
gisele@klc-ltd.com ¦ www.klc-ltd.com
This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential and legally privileged.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message is strictly prohibited.  If you are not the intended recipient, please delete the message and any attachments, destroy any printouts that you may have made, and notify us immediately by return e-mail.  Thank you.

_____

In accordance with U.S. Treasury regulations, if this message contains advice concerning one or more Federal tax issues, it is not a formal legal opinion and may not be used by any person for the avoidance of Federal tax penalties.

# EXHIBIT I

| | |
|---|---|
| **From:** | William Quiceno |
| **To:** | Galilea Rosiles |
| **Subject:** | Fw: ABD2021609032 - NIKTOREHMOFRAD, Amirhassan - Case Status |
| **Date:** | Wednesday, April 9, 2025 4:37:13 AM |

William A. Quiceno
Kempster, Corcoran, Quiceno & Lenz-Calvo, Ltd.
332 S. Michigan Avenue, Suite 1428
Chicago, Illinois 60604
Direct: 312-341-9730, Ext. 134
Fax: 312-341-0399
Email: williamq@klc-ltd.com

**From:** Abu Dhabi, IV <AbuDhabiIV@state.gov>
**Sent:** Wednesday, April 9, 2025 1:44 AM
**To:** William Quiceno <williamq@klc-ltd.com>
**Subject:** RE: ABD2021609032 - NIKTOREHMOFRAD, Amirhassan - Case Status

Dear Applicant/Petitioner,

Unfortunately, case is still in administrative process and we realize that these extended time periods cause frustration to many individuals, and we are sensitive to the fact that the purpose of the immigrant visa program is to reunite families. Nonetheless, the U.S. Embassy Abu Dhabi, like all U.S. Embassies and Consulates, must adjudicate visas in accordance with the provisions of the law, and, in some cases, this involves extensive administrative processing.

No additional documents are needed at this time.

Thanks,
U. S. Embassy
Abu Dhabi

**From:** William Quiceno <williamq@klc-ltd.com>
**Sent:** Wednesday, April 9, 2025 12:49 AM
**To:** Galilea Rosiles <galilear@klc-ltd.com>
**Cc:** Abu Dhabi, IV <AbuDhabiIV@state.gov>
**Subject:** Re: ABD2021609032 - NIKTOREHMOFRAD, Amirhassan - Case Status

You don't often get email from williamq@klc-ltd.com. Learn why this is important

Nice, let daughter know

William A Quiceno

Kempster, Corcoran, Quiceno & Lenz-Calvo, Ltd.

312-341-9730 Ext. 134

On Apr 8, 2025, at 3:22 PM, Galilea Rosiles <galilear@klc-ltd.com> wrote:

 IV interview information:

Interview Date/Time: **August 16, 2023, at 7:45 AM**
Interview Location: **Abu Dhabi United Arab Emirates**
NVC Case Number: **ABD2021609032**
Invoice ID: **IVSCA00002007010**
Principal Applicant: **NIKTOREHMOFRAD, Amirhassan**
Preference Category: **IR5- Parent of US Citizen**
A #: **0688155626**
Passport Number: **N41049874**

Dear Sir or Madam:

Please note that I am the legal assistant to Attorney William Quiceno, our office continues to represent the applicant in his immigrant visa process. Please refer to my previously filed G-28. We are kindly following up and asking for the most currently status of the case, we have noticed that the Form DS-260 was re-opened in the system, but we haven't received any procedure instructions. Can you please provide us with an update?

Please do not hesitate to contact our office if you have any questions.

Regards,

**Galilea Rosiles – Legal Assistant**
332 S. Michigan Avenue, Suite 1428, Chicago, Illinois 60604
Tel: (312) 341-9730 Ext. 114 ¦ Fax (312) 341-0399
galilear@klc-ltd.com ¦ www.klc-ltd.com

<Outlook-e5fjgp5h.png>

**KNOW YOUR RIGHTS - CONOZCA SUS DERECHOS**

**For resources in English and several languages on immigrant rights, what to do if you have contact with ICE ("immigration"), and essential information about protecting yourself and your family, please visit: bit.ly/nwsresources**

**Para recursos en español y otros idomas sobre los derechos de lo inmigrantes, que hacer si tiene contacto con ICE ("la migra"), e informacion esencial para protegerse y su familia, por favor visite: bit.ly/nwsresources**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential and legally privileged.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message is strictly prohibited.  If you are not the intended recipient, please delete the message and any attachments, destroy any printouts that you may have made, and notify us immediately by return e-mail.  Thank you.
_____
In accordance with U.S. Treasury regulations, if this message contains advice concerning one or more Federal tax issues, it is not a formal legal opinion and may not be used by any person for the avoidance of Federal tax penalties.